Certificate Number: 12433-PAM-DE-040528802

Bankruptcy Case Number: 26-00035


12433-PAM-DE-040528802

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 20, 2026</u>, at <u>2:50</u> o'clock <u>PM EST</u>, <u>Bruce T. Loncki</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>January 20, 2026</u>

By:  <u>/s/Lisa Susoev</u>

Name:  <u>Lisa Susoev</u>

Title:  <u>Teacher</u>