Certificate Number: 12433-PAM-DE-040528803

Bankruptcy Case Number: 26-00035


12433-PAM-DE-040528803

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2026, at 2:50 o'clock PM EST, Joyce J. Loncki completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 20, 2026

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher