# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BRUCE THEODORE LONCKI, | : | |
| a/k/a BRUCE T. LONCKI, | : | |
| a/k/a BRUCE LONCKI, | : | CASE NO.: 5:26-bk-00035 |
| and JOYCE JACQUALINE LONCKI, | : | |
| a/k/a JOYCE J. LONCKI, | : | |
| a/k/a JOYCE LONCKI, | : | |
| Debtors. | : | |

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

I, BRUCE THEODORE LONCKI, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on March 19, 2026.

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: February 10, 2026   By: /s/ Vincent Rubino, Esq.
                                VINCENT RUBINO, ESQ.
                                Counsel for Debtor


DATED: February 10, 2026   By: /s/ Bruce Theodore Loncki
                                BRUCE THEODORE LONCKI
                                Debtor