United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Bruce Theodore Loncki

Joyce Jacqualine Loncki

    Debtors

Case No. 26-00035-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3

Date Rcvd: Feb 09, 2026      Form ID: ntcnfhrg      Total Noticed: 26

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bruce Theodore Loncki, Joyce Jacqualine Loncki, 1186 Circle Drive North, Stroudsburg, PA 18360-6983 |
| 5771057 | + | BUTTON ENERGY, PO BOX 8, MOUNTAIN TOP, PA 18707-0008 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5771055 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 09 2026 18:51:00 | 1ST NATIONAL BANK-IL, 3320 E STATE STREET, HERMITAGE, PA 16148-2758 |
| 5771056 | | Email/PDF: bncnotices@becket-lee.com | Feb 09 2026 19:00:31 | AMERICAN EXPRESS, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5771058 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 19:00:20 | CAP1/KOHLS DEPT STORE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5771059 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 19:00:20 | CAPITAL ONE BANK USA NA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5771060 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 09 2026 18:52:00 | CHRYSLER CAPITAL, ATTN BANKRUPTCY DEPT, PO BOX 961278, FORT WORTH, TX 76161-0278 |
| 5772213 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2026 18:51:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 5771061 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2026 18:51:00 | CITIZENS BANK NA, ONE CITIZENS BANK WAY, JCB218, JOHNSTON, RI 02919 |
| 5771062 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2026 18:52:00 | COMENITY CAPITAL/ULTA MC, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5771063 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 09 2026 18:51:00 | FIRST NATIONAL BANK, PO BOX 6122, HERMITAGE, PA 16148-0922 |
| 5771673 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 09 2026 18:51:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 5771064 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2026 19:00:30 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5777650 | + | Email/Text: RASEBN@raslg.com | Feb 09 2026 18:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5771065 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 09 2026 18:51:00 | PNC BANK, PO BOX 1820, DAYTON, OH 45401-1820 |
| 5771066 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 09 2026 18:51:00 | PNC BANK, PO BOX 5580, CLEVELAND, OH 44101-4747 |
| 5771067 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| | | Feb 09 2026 19:00:30 | SYNCB/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 5771068 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 09 2026 19:00:30 | SYNCB/JC PENNEYS, PO BOX 71729, PHILADELPHIA, PA 19176-1729 |
| 5771069 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 09 2026 19:00:20 | SYNCB/LOWES, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 5771070 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 09 2026 19:00:25 | SYNCB/QVC, PO BOX 71740, PHILADELPHIA, PA 19176-1740 |
| 5771071 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 09 2026 19:00:25 | SYNCB/SYNCHRONY NETWORKS, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 5778354 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Feb 09 2026 18:52:00 | Santander Consumer USA Inc., d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 5771072 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 09 2026 19:00:33 | THD/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5776525 | + Email/Text: RASEBN@raslg.com | | |
| | | Feb 09 2026 18:51:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5771073 | Email/Text: bkelectronicnotices@usaa.com | | |
| | | Feb 09 2026 18:51:00 | USAA SAVINGS BANK, 10750 MCDERMOTT FWY, ATTN: CONSUMER LOAN SERVICING, SAN ANTONIO, TX 78288-0544 |
| 5771074 | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | Feb 09 2026 19:00:26 | WELLS FARGO CARD SERVICES, CREDIT BUREAU DISPU RES, PO BOX 14517, DES MOINES, IA 50306-3517 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

District/off: 0314-5

Date Rcvd: Feb 09, 2026

User: AutoDocke

Form ID: ntcnfhrg

Page 3 of 3

Total Noticed: 26

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 1 Bruce Theodore Loncki
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.
com;swiggins@newmanwilliams.com

Vincent Rubino

on behalf of Debtor 2 Joyce Jacqualine Loncki
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.
com;swiggins@newmanwilliams.com

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Bruce Theodore Loncki,
 aka Bruce T. Loncki, aka Bruce Loncki,

Chapter 13

**Debtor 1**

Case No. 5:26−bk−00035−MJC

Joyce Jacqualine Loncki,
 aka Joyce J. Loncki, aka Joyce Loncki,

**Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 12, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 19, 2026 Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 9, 2026 |

ntcnfhrg (08/21)