**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

IN RE:                                                                                              CHAPTER 13
                                                                                                       CASE NO.: 5:26-bk-00035-MJC

**Bruce Theodore Loncki,**
*aka Bruce T. Loncki*
*aka Bruce Loncki*
          **and**
**Joyce Jacqualine Loncki,**
*aka Joyce J. Loncki*
*aka Joyce Loncki*

          **Debtors,**

_____/

**USAA Federal Savings Bank,**

          **Movant,**
**v.**

**Bruce Theodore Loncki,**
          **and**
**Joyce Jacqualine Loncki,**

          **Debtors,**

**Jack N Zaharopoulos,**
          **Trustee,**

          **Respondents.**

_____/

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY, RESPONSE
DEADLINE AND HEARING DATE**

USAA Federal Savings Bank has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1) with respect to the personal property known as 2021 Chevrolet Silverado 1500 (VIN: 1GCPYBEK0MZ401417) and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 4, 2026, you or your attorney must do <u>all</u> of the following:

   (a) file a response in person or via mail with the Clerk explaining your position at United States Bankruptcy Court, Max Rosenn U.S. Courthouse 197 S Main St, Wilkes-Barre, PA 18701.
   If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   > Jordan Katz, Esquire
   > 13010 Morris Rd., Suite 450
   > Alpharetta, GA 30004
   > Telephone: 470-321-7112
   > Email: jkatz@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the motion is scheduled to be held before the Honorable Judge Mark J Conway on August 11, 2026, at 10:00 am at WB Courtroom, Max Rosenn U.S. Courthouse 197 S Main St, Wilkes-Barre, PA 18701.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been cancelled because no one filed a response.

Date: July 21, 2026

> **Robertson, Anschutz, Schneid, Crane**
> **& Partners, PLLC**
> Attorney for Movant
> 13010 Morris Rd., Suite 450
> Alpharetta, GA 30004
> Telephone: 470-321-7112
> By: /s/ Jordan Katz
> Jordan Katz, Esquire
> PA Bar No. 334053
> Email: jkatz@raslg.com

IN RE:

Bruce Theodore Loncki,
*aka Bruce T. Loncki*
*aka Bruce Loncki*
    and
Joyce Jacqualine Loncki,
*aka Joyce J. Loncki*
*aka Joyce Loncki*

    Debtors,

_____/

USAA Federal Savings Bank,

    Movant,

v.

Bruce Theodore Loncki,
    and
Joyce Jacqualine Loncki,

    Debtors,

Jack N Zaharopoulos,
    Trustee,

    Respondents.

_____/

CHAPTER 13
CASE NO.: 5:26-bk-00035-MJC

### CERTIFICATE OF SERVICE OF NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY, RESPONSE DEADLINE AND HEARING DATE

I, Jordan Katz, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on July 21, 2026, I served copies of the Notice of Motion for Relief From Automatic Stay, Response Deadline and Hearing Date upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Bruce Theodore Loncki**
**Joyce Jacqualine Loncki**
1186 Circle Drive North
Stroudsburg, PA 18360

**Robert J Kidwell, III**
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360

**Jack N Zaharopoulos**
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

Dated: July 21, 2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Jordan Katz
Jordan Katz, Esquire
PA Bar No. 334053
Email: jkatz@raslg.com