# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Bruce Theodore Loncki,<br>aka Bruce T. Loncki,<br>aka Bruce Loncki, and<br>Joyce Jacqualine Loncki,<br>aka Joyce J. Loncki<br>aka Joyce Loncki | CASE NO.: 5:26-bk-00035-MJC |
| **Debtors** | |
| USAA Federal Savings Bank, | |
| **Movant** | |
| vs. | |
| Bruce Theodore Loncki, and<br>Joyce Jacqualine Loncki,<br>Jack N. Zaharopoulos | |
| **Respondents** | |

## ANSWER TO MOTION FOR RELIEF
## ON BEHALF OF DEBTOR

AND NOW comes the Debtors, Bruce Theodore Loncki and Joyce Jacqualine Loncki, by and through their attorneys, and answers the Motion for Relief from Automatic Stay by USAA Federal Savings Bank, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. After reasonable investigation, Debtors are without information sufficient to respond to this averment.

7. Denied. After reasonable investigation, Debtors are without information sufficient to respond to this averment.

8. Denied. After reasonable investigation, Debtors are without information sufficient to respond to this averment.

9. Denied. Legal conclusion to which no responses is required.

10. Denied. After reasonable investigation, Debtors are without information sufficient to respond to this averment.

11. Denied. After reasonable investigation, Debtors are without information sufficient to respond to this averment.

**WHEREFORE,** Debtor respectfully requests an Order of this Court denying the Motion of USAA Federal Savings Bank for Relief from the Automatic Stay.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By:     /s/ Robert J. Kidwell, Esq.
        Robert J. Kidwell, Esq.
        712 Monroe Street
        Stroudsburg, PA 18360
        P: 570-421-9090
        F: 570-424-9739
        rkidwell@newmanwilliams.com
        *Attorney for Debtors*

Date: August 5, 2026