**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

**IN RE:**

**CHAPTER 13**
**CASE NO. 5:26-bk-00035-MJC**

**Bruce Theodore Loncki**
***aka Bruce T. Loncki***
***aka Bruce Loncki,***
**and**
**Joyce Jacqualine Loncki**
***aka Joyce J Loncki***
***aka Joyce Loncki,***

**RELATED TO DOC NO. 31**

**Debtors.**

**USAA FEDERAL SAVINGS BANK,**

**Movant,**

**Bruce Theodore Loncki,**
**and**
**Joyce Jacqualine Loncki,**

**Debtors/Respondents,**

**Jack N Zaharopoulos,**

**Trustee/Respondent.**
________________________________________ /

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY ON 2021 CHEVROLET SILVERADO 1500 (VIN: 1GCPYBEK0MZ401417)**

**PLEASE TAKE NOTICE THAT**, on behalf of USAA FEDERAL SAVINGS BANK ("Secured Creditor"), the undersigned hereby withdraw the following document with concurrence by the Debtors:

**Motion for Relief from Automatic Stay with nonconcurrence, filed on July 20, 2026, at Docket Number 31.**

**Robertson, Anschutz, Schneid, Crane**
**& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004

Telephone: 470-321-7112
By: /s/ Jordan Katz
Jordan Katz, Esquire
PA Bar Number 334053
Email: jkatz@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

**IN RE:**

**CHAPTER 13**
**CASE NO. 5:26-bk-00035-MJC**

**Bruce Theodore Loncki**
***aka Bruce T. Loncki***
***aka Bruce Loncki,***
**and**
**Joyce Jacqualine Loncki**
***aka Joyce J Loncki***
***aka Joyce Loncki,***

**RELATED TO DOC NO. 31**

**Debtors.**

**USAA FEDERAL SAVINGS BANK,**

**Movant,**

**Bruce Theodore Loncki,**
**and**
**Joyce Jacqualine Loncki,**

**Debtors/Respondents,**

**Jack N Zaharopoulos,**

**Trustee/Respondent.**
_______________________________________ /

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 10, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Bruce Theodore Loncki
1186 Circle Drive North
Stroudsburg, PA 18360

Joyce Jacqualine Loncki
1186 Circle Drive North
Stroudsburg, PA 18360

And via electronic mail to:

Robert J Kidwell, III
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

/s/ Virginia Croft
Virginia Croft
Email: vcroft@raslg.com