IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: BRUCE THEODORE LONCKI<br>a/k/a BRUCE T. LONCKI<br>a/k/a BRUCE LONCKI<br>and JOYCE JACQUALINE LONCKI<br>a/k/a JOYCE J. LONCKI<br>a/k/a JOYCE LONCKI<br><br>Debtors, | : | Chapter 13<br>Case No. 5: 26-bk-00035-MJC |
| PNC BANK, NATIONAL ASSOCIATION<br><br>Movant,<br>vs. | : | |
| BRUCE THEODORE LONCKI<br>a/k/a BRUCE T. LONCKI<br>a/k/a BRUCE LONCKI,<br>and JOYCE JACQUALINE LONCKI<br>a/k/a JOYCE J. LONCKI<br>a/k/a JOYCE LONCKI,<br>JACK N. ZAHAROPOULOS,<br><br>Respondents, | : | Answer to Motion for Relief |

**ANSWER TO MOTION FOR RELIEF
ON BEHALF OF DEBTOR**

AND NOW comes the Debtors, Bruce Theodore Loncki and Joyce Jacqualine Loncki, by and through their attorneys, Newman Williams, P.C., and answers the Motion for Relief from Automatic Stay by PNC Bank, National Association., as follows:

1. Admitted upon information and belief.
2. Admitted.
3. Admitted.
4. Admitted upon information and belief.
5. Admitted.

6. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.
7. Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied.
8. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.
9. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.
10. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.

**WHEREFORE,** Debtor respectfully requests an Order of this Court denying the Motion of PNC Bank, National Association, for Relief from the Automatic Stay.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By: /s/ George Searfoss, Esq.

George Searfoss, Esq.
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090
F: 570-424-9739
gsearfoss@newmanwilliams.com
*Attorney for Debtors*

Date: September 15, 2026